# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

### No. 99-30458
_____

**HARRY BATTISTE, JR.; BONNIE GILBERT;
DOUGLAS GALLAGHER; FERMIN TULLIER, III;
PATRICK JUGE; JULIE DAVENPORT,**

**Plaintiffs-Appellants,**

**versus**

**H & R BLOCK, INC.; H & R BLOCK EASTERN TAX
SERVICES, INC.; BLOCK FINANCIAL CORPORATION;
DANETTE DAIGLE; LOIS FALCON;
PAULETTE LANDRY; A THROUGH Z**

**Defendants-Appellees.**

_____

**Appeal from the United States District Court
for the Middle District of Louisiana
(97-CV-749-A)**
_____

**February 4, 2000**

Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

**PER CURIAM:**[*]

    **AFFIRMED.** See 5TH CIR. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.